No. D–1755. IN RE DISBARMENT OF SMOTKIN. Alan Melvyn Smotkin, of Beverly Hills, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1756. IN RE DISBARMENT OF ALLEN. Robin W. Allen, of Sacramento, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–33. MARCUS v. CARRASQUILLO ET AL. Motion of petitioner to waive requirements of this Court's Rule 33.1 denied.

No. M–34. MCMEANS v. LEONARD ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 105, Orig. KANSAS v. COLORADO. Motion of the Special Master for interim fees and expenses granted, and the Special Master is awarded $107,199.16 for the period November 2, 1995, through October 18, 1996, to be paid equally by Kansas and Colorado. [For earlier order herein, see, e. g., 516 U. S. 1025.]

No. 96–323. K. R., AN INFANT, BY HER PARENTS AND NEXT FRIENDS, ET AL. v. ANDERSON COMMUNITY SCHOOL CORP. C. A. 7th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 96–5658. LAMBRIX v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. [Certiorari granted, ante, p. 958.] Motion for appointment of counsel granted, and it is ordered that Matthew C. Lawry, Esq., of Philadelphia, Pa., be appointed to serve as counsel for petitioner in this case.

No. 96–6240. LEE v. FUJI BANK, LTD. C. A. 1st Cir.; and
No. 96–6244. MCKINNEY v. WASHINGTON. Ct. App. Wash. Motions of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until December 23, 1996, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.